IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA GAYNELL HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:19-CV-794-RAH |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

On March 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 19.) Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED as follows:

(1) The Recommendation (Doc. 19) is ADOPTED;

(2) The decision of the Commissioner is REVERSED and REMANDED under 42 U.S.C. § 405(g) so that the Commissioner can conduct additional proceedings as set forth in the Recommendation.

DONE, on this the 29th day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE